UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JACK RUTIGLIANO,   JUDGMENT
   03-CV-6040 (NGG)
    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

    An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       June 30, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court